IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02261-BNB

ERIC K. CHAPMAN,

    Applicant,

v.

RAE TIMME, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2011

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Eric K. Chapman, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fremont Correctional Facility in Canon City, Colorado. He initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on August 29, 2011.

In an order filed on September 6, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Chapman to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Chapman was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form. Mr. Chapman was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form and a current certified copy of his prisoner's trust fund statement. He was informed that the § 1915 motion and affidavit was only necessary if the $5.00 filing fee was not paid in advance. The September 6 order warned Mr. Chapman that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On September 9, 2011, Mr. Chapman paid the $5.00 filing fee in a habeas corpus action. Mr. Chapman, however, has failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form, as directed by the September 6 Order. Therefore, Mr. Chapman has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Eric K. Chapman, to comply with the order to cure dated September 6, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __13th__ day of ___October___, 2011.

BY THE COURT:


    __s/Lewis T. Babcock__
LEWIS T. BABCOCK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02261-BNB

Eric K. Chapman
Prisoner No. 137905
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 13, 2011.

                                 GREGORY C. LANGHAM, CLERK

                                 By:_____
                                           Deputy Clerk